Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Tel. No. (424) 634-7381
e-mail: CharlesNichols@Pykrete.info
In Pro Per

July 1, 2017
**by cm/ecf**

Ms. Molly C. Dwyer
Clerk, United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

RE: *Charles Nichols v. Edmund Brown, Jr., et al* 9th Cir. No.: 14-55873; Rule 28(j) letter

Dear Ms. Dwyer:

Errata to FRAP Rule 28(j) letters.

Although Plaintiff-Appellant Nichols stated the reasons for each of his supplemental citations, he inadvertently omitted referring to the "page of the brief" in five of his FRAP Rule 28(j) letters. Although the page numbers are *passim*, these should be sufficient to more than satisfy the Rule.

The letters and page numbers are

| | |
|---|---|
| *Flanagan et al v Harris* (now v. *Becerra*) et al No.: LA CV16-06164 JAK (ASx) (CD Cal. Feb. 23, 2017) | Reply Brief at 9 |
| *WISCONSIN CARRY, INC. v City of Madison* 2017 WI 19 No. 2015AP146 (Wisconsin Supreme Court. March 7, 2017) | Opening Brief at 37- 64 |
| *Pinner v Indiana* (Indiana Supreme Court No | Opening Brief at 37- 64, 65-79 |

| | |
|---|---|
| 49S02-1611-CR-610 May 9, 2017) | |
| *Keller v. Keller* 2017 ND 119 (North Dakota Supreme Court May 16, 2017) | Opening Brief at 23-25, 27, 40 4-43, 50, 37- 64 |
| A Practical Treatise on the Criminal Law Volume 3 – 1819, Published by Edward Earle as supplemental authority under FRAP Rule 28(j) | Opening Brief at 20, 22, 25, 33, 38, 44-45 |

Sincerely,

/s/ Charles Nichols

Charles Nichols
Plaintiff-Appellant in Pro Per

cc: counsel of record (by cm/ecf)