

| | |
|---|---|
| **XAVIER BECERRA**<br>*Attorney General* | *State of California*<br>**DEPARTMENT OF JUSTICE** |

300 SOUTH SPRING STREET, SUITE 1702<br>
LOS ANGELES, CA  90013<br>
<br>
Public:  (213) 897-2000<br>
Telephone:  (213) 897-6505<br>
Facsimile:  (213) 897-5775<br>
E-Mail:  Jonathan.Eisenberg@doj.ca.gov

July 7, 2017

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals, Ninth Circuit
95 Seventh St.
San Francisco, CA  94103-1526

RE:	*Nichols v. Brown*, U.S.C.A., 9th Circuit, Case No. 14-55873

Dear Ms. Dwyer:

    Under Federal Rule of Appellate Procedure 28(j), Defendant Xavier Becerra, Attorney General of the State of California, submits the following letter to note that the Aneja, Donohue study cited at page 41 of their brief was recently updated with new data and analysis.  The new study, titled *Right-to-Carry Laws and Violent Crime:  A Comprehensive Assessment Using Panel Data and a State-Level Synthetic Controls Analysis* (June 2017), is available online at http://www.nber.org/papers/w23510, and may be downloaded without cost by any user with an e-mail account ending in ".gov."

    The body of this letter contains 87 words.

                                        Sincerely,

                                        s/ Jonathan M. Eisenberg
                                        JONATHAN M. EISENBERG
                                        Deputy Attorney General

                    For    XAVIER BECERRA
                            Attorney General

JME:je