UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California, <br><br> Defendants-Appellees. | No. 14-55873 <br><br> D.C. No. 2:11-cv-09916-SJO-SS <br> Central District of California, Los Angeles <br><br> ORDER |

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,* District Judge.

Submission of this case remains vacated pending a decision by the Supreme Court on the petition for a writ of certiorari in *Young v. Hawai'i*, No. 20-1639.

---

\*   The Honorable Sharon L. Gleason, United States District Judge for the District of Alaska, sitting by designation.