FILED

JUL 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES NICHOLS,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California,<br><br>    Defendants-Appellees. | No.  14-55873<br><br>D.C. No.<br>2:11-cv-09916-SJO-SS<br>Central District of California, Los Angeles<br><br>ORDER |

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,* District Judge.

Charles Nichols's motion for an extension of time in which to file a petition for rehearing and rehearing en banc, filed September 14, 2022, is hereby GRANTED. The petition for rehearing shall be filed with the court on or before August 18, 2023.

**GRANTED.**

---

    *     The Honorable Sharon L. Gleason, Chief United States District Judge for the District of Alaska, sitting by designation.