UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of California; ROB BONTA, in his official capacity as Attorney General of California,[*] <br><br> Defendants-Appellees. | No. 14-55873 <br><br> D.C. No. 2:11-cv-09916-SJO-SS <br> Central District of California, Los Angeles <br><br> ORDER |

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,[**] District Judge.

The panel unanimously voted to deny appellant's petition for rehearing and recommends denial of the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing and the petition for rehearing en banc are DENIED.

---

[*] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Rob Bonta is substituted for his predecessor, Xavier Becerra, as Attorney General of California.

[**] The Honorable Sharon L. Gleason, Chief United States District Judge for the District of Alaska, sitting by designation.

The motions for leave to file amicus curiae briefs by Brady Center to Prevent Gun Violence, Everytown for Gun Safety, and Law Center to Prevent Gun Violence are DENIED as moot.